**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-4885**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY B. MITCHELL,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Raymond A. Jackson, District Judge. (CR-98-69)

———————

Submitted: April 28, 2000   Decided: May 17, 2000

———————

Before MURNAGHAN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry M. Dash, Newport News, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Damon A. King, Special Assistant United States Attorney, Fort Monroe, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Following a jury trial, Anthony B. Mitchell was convicted on one count of larceny of personal property, in violation of 18 U.S.C. §§ 2, 7 (1994) and 18 U.S.C.A. § 661 (West Supp. 1999). The district court sentenced him to ten months in prison. Mitchell appeals, arguing that the evidence was insufficient to support his conviction. Evidence presented at trial showed that Mitchell and Tremell Watson borrowed a screwdriver and Watson testified that they then used the screwdriver to steal a Plymouth Acclaim on base at Fort Eustis. Mitchell's fingerprint was found on the stolen license plate affixed to the Acclaim. Viewing the evidence in the light most favorable to the government, we find that there was sufficient evidence for a rational trier of fact to have found Mitchell guilty beyond a reasonable doubt. See Glasser v. United States, 315 U.S. 60, 80 (1942). Consequently, we affirm Mitchell's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2